AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PACIFIC RECOVERY SOLUTIONS D/B/A/ WESTWIND RECOVERY, et al. | ) ) | |
| *Plaintiff* | ) | Case No. 3:20-cv-02251 |
| v. | ) | |
| CIGNA BEHAVIORAL HEALTH INC., et al. | ) | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Cigna Behavioral Health, Inc.

Date: April 21, 2020

/s/ William P. Donovan, Jr.
*Attorney's signature*

William P. Donovan, Jr.  SBN 155881
*Printed name and bar number*

McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
*Address*

wdonovan@mwe.com
*E-mail address*

(310) 277-4110
*Telephone number*

(310) 277-4730
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, William P. Donovan, Jr., hereby certify that a true and correct copy of the foregoing Appearance of Counsel will be served on April 21, 2020, *via* FedEx overnight delivery, on Matthew M. Lavin, Esq. and Wendy A. Mitchell, Esq., NAPOLI SHKOLNIK, PLLC, 5757 W. Century Boulevard, Suite 680, Los Angeles, California 90045, and David M. Lilienstein, Esq. and Katie J. Spielman, Esq., DL LAW GROUP, 345 Franklin St., San Francisco, CA 94102; counsel for Plaintiffs.

/s/ *William P. Donovan, Jr.*
William P. Donovan, Jr. (SBN 155881)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone: 310 277 4110
Fax: 310 277 4730

*Counsel for CIGNA BEHAVIORAL HEALTH, INC.*

CERTIFICATE OF SERVICE
CASE NO: 3:20-CV-02251