WILLIAM P. DONOVAN, JR (SBN 155881)
**MCDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:     +1 212 547 5400
Facsimile:     +1 212 547 5444

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC RECOVERY SOLUTIONS d/b/a WESTWIND RECOVERY, MIRIAM HAMIDEH PHD CLINICAL PSYCHOLOGIST INC. d/b/a PCI WESTLAKE CENTERS, BRIDGING THE CAPS, INC., SUMMIT ESTATE INC. d/b/a SUMMIT ESTATE OUTPATIENT, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CIGNA BEHAVIORAL HEALTH, INC., a Minnesota corporation, and VIANT, INC., a Nevada corporation,<br><br>                    Defendants. | Case No.   5:20-cv-02251-EJD<br><br>**DECLARATION OF WILLIAM P. DONOVAN, JR. IN SUPPORT OF DEFENDANT CIGNA BEHAVIORAL HEALTH INC.'S MOTION TO DISMISS** |

I, William P. Donovan, Jr., hereby declare:

1. I am a partner of the firm of McDermott Will & Emery LLP, attorneys for defendant Cigna Behavioral Health, Inc. I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto. I submit this Declaration in support of Defendant Cigna Behavioral Health, Inc.'s Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the webpage https://my.cigna.com/public/legal_disclaimer.html, last accessed on June 3, 2020.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 4, 2020                    By:     */s/ William P. Donovan, Jr.*
                                               WILLIAM P. DONOVAN, JR