WILLIAM P. DONOVAN, JR (SBN 155881)
**MCDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:     +1 212 547 5400
Facsimile:     +1 212 547 5444

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC RECOVERY SOLUTIONS d/b/a WESTWIND RECOVERY, MIRIAM HAMIDEH PHD CLINICAL PSYCHOLOGIST INC. d/b/a PCI WESTLAKE CENTERS, BRIDGING THE CAPS, INC., SUMMIT ESTATE INC. d/b/a SUMMIT ESTATE OUTPATIENT, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      vs.<br><br>CIGNA BEHAVIORAL HEALTH, INC., a Minnesota corporation, and VIANT, INC., a Nevada corporation,<br><br>              Defendants. | Case No.  5:20-cv-02251-EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS** |

     Pursuant to Civil Local Rule 6-2, it is stipulated between and among Plaintiffs Pacific Recovery Solutions d/b/a Westwind Recovery, Miriam Hamideh PhD Clinical Psychologist Inc. d/b/a PCI Westlake Centers, Bridging the Gaps, Inc., Summit Estate Inc. d/b/a Summit Estate Outpatient, (collectively, the "Plaintiffs"), and Defendants Cigna Behavioral Health, Inc. ("Cigna") and Viant, Inc. ("Viant," and together with Cigna, "Defendants"), by and through their respective counsel, as follows:

1. Whereas, on June 4, 2020, Defendants Cigna and Viant each filed a Motion to Dismiss the Complaint;

2. Whereas, under Local Civil Rule 7-3, Plaintiffs' Oppositions to Cigna's and Viant's motions are currently due on June 18, 2020, and Cigna's and Viant's Replies are currently due on June 25, 2020;

3. Whereas, given the number of different claims asserted by the Complaint, and given that Cigna and Viant have filed separate motions to dismiss, the parties have conferred and agree that a brief seven-day extension of the default deadlines for the Oppositions and the Replies is appropriate;

4. Whereas, the parties have not previously requested modifications to this briefing schedule, and the parties do not believe that the requested time modifications will affect the schedule of the case, including the currently-noticed August 6, 2020 9:00am hearing date;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. Plaintiffs' Oppositions to Cigna's and Viant's Motions to Dismiss are due on or before June 25, 2020; and

2. Defendants Cigna's and Viant's Replies in support of their respective Motions to Dismiss are due on or before July 9, 2020.

//
//
//
//

- 1 -

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 12, 2020　　　　**NAPOLI SHKOLNIK, PLLC**

By: */s/ Matthew M. Lavin*
MATTHEW M. LAVIN
WENDY A. MITCHELL

**DL LAW GROUP**

DAVID M. LILIENSTEIN
KATIE J. SPIELMAN

Attorneys for Plaintiffs

Dated: June 12, 2020　　　　**MCDERMOTT WILL & EMERY LLP**

By: */s/ Dmitriy Tishyevich*
WILLIAM P. DONOVAN, JR.
JOSHUA B. SIMON
WARREN HASKEL
DMITRIY TISHYEVICH

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

Dated: June 12, 2020　　　　**PHELPS DUNBAR LLP**

By: */s/ Carys A. Arvidson*
ERROL J. KING, JR.
CARYS A. ARVIDSON

Attorneys for Defendant
VIANT, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/12/2020　　　　 [signature]

The Honorable Edward J. Davila
United States District Judge

- 2 -