Matthew M. Lavin, Esq. (*pro hac vice*)
Aaron R. Modiano, Esq. (*pro hac vice*)
**NAPOLI SHKOLNIK PLLC**
5757 W. Century Boulevard, Suite 680
Los Angeles, CA 90045
(212) 397-1000 / Fax (646) 843-7603

David M. Lilienstein, Esq. (CA SBN 218923)
Katie J. Spielman, Esq. (CA SBN 252209)
**DL LAW GROUP**
345 Franklin Street
San Francisco, CA 94102
(415) 678-5050 / Fax (415) 358-8484

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| PACIFIC RECOVERY SOLUTIONS d/b/a WESTWIND RECOVERY, MIRIAM HAMIDEH PHD CLINICAL PSYCHOLOGIST INC. d/b/a PCI WESTLAKE CENTERS, BRIDGING THE GAPS, INC., SUMMIT ESTATE, INC. d/b/a SUMMIT ESTATE OUTPATIENT, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CIGNA BEHAVIORAL HEALTH, INC. a Minnesota corporation, and VIANT, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 5:20-CV-02251-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i); ORDER**<br><br>Complaint Filed: April 2, 2020<br>Trial Date:  None Set |

**WHEREAS**, the Complaint in the above-captioned matter was filed on April 2, 2020;

**WHEREAS**, Defendant VIANT, INC. filed a Motion to Dismiss on June 4, 2020 (Dkt. 40);

**WHEREAS**, Defendant CIGNA BEHAVIORAL HEALTH, INC. filed a Motion to Dismiss on June 4, 2020 (Dkt. 42);

**WHEREAS**, Plaintiffs filed an opposition to CIGNA BEHAVIORAL HEALTH, INC.'s Motion to Dismiss on June 25, 2020 (Dkt. 50);

**WHEREAS**, Plaintiffs filed an opposition to VIANT, INC's Motion to Dismiss on June 25, 2020 (Dkt. 51);

**WHEREAS,** an order granting Defendants' Motions to Dismiss with leave to amend in the above-captioned matter was filed in this court on March 29, 2021 (Dkt. 83);

**WHEREAS,** Plaintiffs have not previously voluntarily dismissed any causes of action at issue herein;

**NOW, THEREFORE**, Plaintiffs hereby dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 30, 2021

NAPOLI SHKOLNIK PLLC

*/s/ Matthew M. Lavin*
Matthew M. Lavin
Aaron R. Modiano

DL LAW GROUP

*/s/ David M. Lilienstein*
David M. Lilienstein
Katie J. Spielman

Attorneys for Plaintiffs

## ORDER

Upon request of Plaintiff and good cause appearing, IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

**IT IS SO ORDERED.**

Dated: __5/3__, 2021

_____
EDWARD J. DAVILA
United States District Judge